```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 17386
   ANDREW GREEN
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-1032


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/07/2008 and was confirmed 10/16/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   56.85%.

      The case was dismissed after confirmation 02/19/2009.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG         .00              .00             .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE    24664.42              .00         1002.24
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED              .00             .00
MORTGAGE ELECTRONIC SYS   NOTICE ONLY     NOT FILED              .00             .00
NATIONAL CAPITAL MGMT LL  UNSECURED         2871.88              .00             .00
COOK COUNTY TREASURER     SECURED              .00               .00             .00
ADVOCATE CHRIST MEDICAL   UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO DEPT OF   UNSECURED          280.00              .00             .00
CHRIST HOSPITAL           UNSECURED       NOT FILED              .00             .00
METRO CENTER FOR HEALTH   UNSECURED       NOT FILED              .00             .00
MIDWEST ANESTHESIOLOGIST  UNSECURED       NOT FILED              .00             .00
PULMONARY CONSULTANTS SC  UNSECURED       NOT FILED              .00             .00
SINAI HEALTH SYSTEM       UNSECURED       NOT FILED              .00             .00
SINAI MEDICAL GROUP       UNSECURED       NOT FILED              .00             .00
PHILIP A IGOE             DEBTOR ATTY          .00                               .00
TOM VAUGHN                TRUSTEE                                              77.76
DEBTOR REFUND             REFUND                                                 .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                1,080.00

PRIORITY                                              .00
SECURED                                          1,002.24
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                77.76
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                 1,080.00                  1,080.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 17386 ANDREW GREEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17386 ANDREW GREEN